UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| OSCAR LUNA,<br><br>        Plaintiff,<br><br>   vs.<br><br>ALLSTATE NORTHBROOK INDEMNITY COMPANY,<br><br>        Defendant,<br><br>ALLSTATE NORTHBROOK INDEMNITY COMPANY,<br><br>        Counterclaimant,<br><br>   vs.<br><br>OSCAR LUNA and LAURA KUHNE IRIGOYEN,<br><br>        Counter-defendants. | Case No. 1:18-cv-00606-LJO-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 30) |

On December 14, 2018, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 30.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 18, 2018**               /s/ *Sheila K. Oberto*
                                                                         UNITED STATES MAGISTRATE JUDGE